NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FURMINATOR, INC. (FORMERLY KNOWN AS FM ACQUISITION CORP.),**
*Plaintiff-Appellee,*

v.

**KIM LAUBE & CO., INC.,**
*Defendant-Appellant.*

---

2011-1197, -1368, -1535

---

Appeals from the United States District Court for the Eastern District of Missouri in case no. 08-CV-0367, Judge E. Richard Webber.

---

## ON MOTION

---

## O R D E R

Kim Laube & Co., Inc. moves to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

___DEC 0 6 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alan H. Norman, Esq.
Kent A. Rowald, Esq.

s21

Issued As A Mandate: ___DEC 0 6 2011___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK